USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**ANDRE BURITI DE MELO. ET AL.,**

                        **Petitioners,**

              **-against-**

**DIRECTOR THOMAS DECKER, ET AL.,**

                       **Respondents.**

------------------------------------------------------------- x

**1:20-cv-02643 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Pursuant to the Show Cause hearing held on April 13, 2020, Respondents' motion to sever is hereby **GRANTED** in part and **DENIED** in part. The Court severs the claims of Petitioner Jose Velesaca and opens his Petition as a separate civil action, leaving Andre Buriti De Melo, Christopher Hiraldo Disla, Franklin Perez Liriano, Nohasses Gonzalez Cruz, Rickey Roberts, Carlos Argueta Cruz, Kirk Morgan, Renat Takhtakhunov and Aamir Shaikh to proceed in this action. Since each of the Petitioners remaining in this action were or are detained in the District of New Jersey, Respondents' motion to transfer the case to the District of New Jersey is hereby **GRANTED**. Given the significant liberty interests at stake, the time sensitivity of Petitioners' claims, and the risks to Petitioners' health posed by the rapid spread of COVID-19, the Court waives the seven-day waiting period customarily afforded under Local Civil Rule 83.1 and directs the Clerk to effectuate the transfer as soon as possible. The Clerk of the Court is also respectfully requested to effectuate the severance of Petitioner Jose Velesaca's claim as soon as possible.

**SO ORDERED.**

**Dated: April 14, 2020**
       **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**