USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

JOSE VELESACA,

                               Petitioner,

              -against-

DIRECTOR THOMAS DECKER, ET AL.,

                               Respondents.

-------------------------------------------------------- x

1:20-cv-02643 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Show Cause hearing held on April 13, 2020, Plaintiff Jose Velesaca's motion for a preliminary injunction is hereby **GRANTED.** Respondents are **ORDERED** to immediately release him from custody and are enjoined from re-detaining him during the pendency of the pandemic.

**SO ORDERED.**

**Dated:    April 16, 2020**
             **New York, New York**

                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**